# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULINO SOARES FELICIANO, | Case No.  1:26-cv-01048-JLT-SKO (HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S MOTION TO APPOINT COUNSEL [Doc. 2] |
| v. | |
| UNKNOWN, | ORDER DIRECTING CLERK OF COURT TO SERVE ORDER ON FEDERAL DEFENDER |
| Respondents. | |

Petitioner is an immigration detainee proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On February 6, 2026, Petitioner requested appointment of counsel. (Doc. 2.) Title 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any stage of the case if "the interests of justice so require."  See Rule 8(c), Rules Governing Section 2254 Cases.  In the present case, the Court finds that the interests of justice require the appointment of counsel at the present time given the complexity of the legal issues involved.

Accordingly, the Court HEREBY ORDERS:

1. Counsel is APPOINTED for Petitioner.

2. The Clerk of the Court shall serve a copy of this order on the Federal Defender, Attention: Habeas Appointment.

1

3. Within seven (7) days of the date of service of this order, the Federal Defender, as appointing authority for the Eastern District of California, SHALL:

    a. Identify counsel and send counsel's contact information to undersigned's courtroom deputy Wendy Kusamura at wkusamura@caed.uscourts.gov, or

    b. If counsel is not with the Federal Defender nor a member of the Eastern District of California Criminal Justice Act Panel, file a motion to appoint counsel as CJA counsel *pro hac vice*.

IT IS SO ORDERED.

Dated:   **February 17, 2026**                    /s/ *Sheila K. Oberto*

                                            UNITED STATES MAGISTRATE JUDGE