# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULINO SOARES FELICIANO,<br><br>    Petitioner,<br><br>    v.<br><br>UNKNOWN,<br><br>    Respondents. | Case No.  1:26-cv-01048-JLT-SKO (HC)<br><br>ORDER DIRECTING CLERK OF COURT TO UPDATE DOCKET TO REFLECT GARY PAUL BURCHAM AS COUNSEL FOR PETITIONER AND TO SERVE ORDER ON FEDERAL DEFENDER |

Pursuant to the order issued on February 18, 2026, (Doc. 10), the appointing authority for the Eastern District of California has confirmed that attorney Gary Paul Burcham has been appointed as counsel for Petitioner, effective as of February 25, 2026.

Accordingly, the Court HEREBY ORDERS that:

1.    The Clerk of Court SHALL update the docket to reflect Attorney Gary Paul Burcham, Burcham & Zugman, 402 W. Broadway, Suite 1130, San Diego, CA 92101, (619) 699-5930, garypburcham@gmail.com, as counsel for Petitioner in this matter.

2.    The Clerk of Court is DIRECTED to serve a copy of this order on the Federal Defender, Attention: Habeas Appointment.

IT IS SO ORDERED.

Dated:    **March 4, 2026**                    /s/ *Sheila K. Oberto*
                                                UNITED STATES MAGISTRATE JUDGE

1