UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAOLINO S. F.,<br>A-Number: 216-901-409<br><br>          Petitioner,<br><br>    v.<br><br>WARDEN OF THE MESA VERDE<br>DETENTION CENTER, ICE FIELD<br>OFFICE DIRECTOR AT MESA VERDE<br>DETENTION CENTER, AND ACTING<br>FIELD DIRECTOR OF SAN<br>FRANCISCO ICE OFFICE,<br><br>          Respondents. | No.  1:26-cv-01048 JLT SKO (HC)<br><br>ORDER GRANTING PETITIONER'S<br>MOTION TO AMEND PETITION TO NAME<br>A PROPER RESPONDENT<br>[Doc. 18]<br><br>ORDER DIRECTING CLERK OF COURT TO<br>SUBSTITUTE RESPONDENTS IN PLACE<br>OF UNKNOWN |

Petitioner Paolino S. F. is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Petitioner filed the instant petition on February 6, 2026. (Doc. 1.) Petitioner did not name a respondent in this matter. On February 13, 2026, the United States Attorneys' Office filed a motion to dismiss the petition for failure to name a proper respondent. (Doc. 8.)

On April 3, 2026, the Court issued an order granting Petitioner leave to amend the petition to name a proper respondent. (Doc. 19.) On April 6, 2026, Petitioner filed a motion requesting

1

leave to amend the petition to name as Respondents: the Warden of Mesa Verde Detention Center, ICE Field Office Director at the Mesa Verde Detention Center, and the Acting Field Director of the San Francisco ICE Office. Petitioner has named the proper respondents in this matter. 28 U.S.C. § 2242; Rumsfeld v. Padilla, 542 U.S. 426, 430 (2004); Ortiz-Sandoval v. Gomez, 81 F.3d 891, 894 (9th Cir. 1996).

## ORDER

Accordingly, Petitioner's motion to amend the petition to name a proper respondent is GRANTED. The Clerk of Court is directed to substitute as Respondents: Warden of Mesa Verde Detention Center, ICE Field Office Director at the Mesa Verde Detention Center, and Acting Field Director of the San Francisco ICE Office.

IT IS SO ORDERED.

Dated:   **April 7, 2026**              /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE

2